IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JABBARI KEYON ASH , | * |
| Plaintiff, | * |
| v. | Case No. 5:24-CV-21-CAR-CHW |
| | * |
| Commissioner TYRONE OLIVER, and Warden SCOTT WILKES | * |
| Defendants. | * |

**J U D G M E N T**

Pursuant to this Court's Order dated January 6, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 6th day of January, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk